# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.        CR. NO.: 08-10302-EFH

ULISES AYUSO,
        Defendant

## REVOCATION ORDER

October 6, 2009

HARRINGTON, S.D.J.

A hearing on revocation of defendant Ayuso's supervised release was held on October 6, 2009. Defendant Ayuso stipulates to Violation Nos. I, II and III, as set forth in the Violation Report dated October 5, 2009.

The Court finds that the defendant has violated said conditions of his supervised release and hereby revokes said supervised release and sentences the defendant as follows:

1. The defendant continue serving the current term of supervised release with an expected termination date of March 5, 2013, with a modification of special conditions that he enter into the Meridian House on October 8, 2009, comply with all program rules and expectations and successfully graduate the program. Following his completion of the Meridian House, the defendant shall transition back into the community through a sober house placement approved by the U.S. Probation Office.

In addition, the defendant shall comply with the standard conditions that are described at U.S.S.G. 5D1.3(c) and shall comply with the following special conditions:

1. The defendant is prohibited from possessing a firearm or other dangerous weapon.

2. The defendant shall enter the Meridian House, comply with all program rules and expectations and successfully graduate the program.

3.  Following his completion of the Merdian House, the defendant shall transition back into the community through a sober house placement approved by the U.S. Probation Office.

4.  The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

5.  The defendant is to participate in a mental health program as directed by the U.S. Probation Office which program shall include a component for anger management counseling. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

6.  The defendant is not to consume any alcoholic beverages.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge